# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AELLIS OBTENEBRIX,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>WOODS COVE ART STUDIO AND GALLERY, LLC and TONY COX,<br><br>　　　　　　　　　　Defendants. | Case No.: 3:23-cv-00205-RBM-DEB<br><br>**ORDER DISMISSING CASE FOR IMPROPER VENUE** |

On February 7, 2023, the Court ordered Plaintiff Aellis Obtenebrix ("Plaintiff") to show cause by March 7, 2023 why this case should not be dismissed for improper venue. (Doc. 3.) Plaintiff failed to timely respond to the Court's Order. Accordingly, for the reasons set forth in the Court's order to show cause (*see id*.), this case is **DISMISSED WITHOUT PREJUDICE** for improper venue. Plaintiff may refile his case in a district where venue is proper. Plaintiff's motion for leave to proceed in forma pauperis (Doc. 2) is **DENIED AS MOOT**. The Clerk of Court is directed to close the case.

1     **IT IS SO ORDERED**.

2 DATE: March 16, 2023

*[signature: Ruth Bermudez Montenegro]*
HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE